UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER ORLOSKI,

     **Plaintiff,**

v.                                    **Case No. 8:18-cv-2809-T-36AAS**

PINELLAS COUNTY HOUSING
AUTHORITY, et al.,

     **Defendants.**

_____/

## REPORT AND RECOMMENDATION

After reviewing Mr. Orloski's complaint (Doc. 13), the undersigned deferred ruling on Mr. Orloski's motion for leave to proceed *in forma pauperis* pending Mr. Orloski amending his complaint by May 15, 2019.  (Doc. 26).  Mr. Orloski failed to amend his complaint despite being advised that failure to do so may result in a recommendation of dismissal.  *Id.* at 9.

Therefore, it is **RECOMMENDED** that Mr. Orlsoki's motion for leave to proceed *in forma pauperis* (Doc. 10) be **DENIED**, and the complaint (Doc. 13) be **DISMISSED**.

**ORDERED** in Tampa, Florida on May 21, 2019.

_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge

1

## **NOTICE**

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen days from the date of this service shall bar an aggrieved party from attacking the factual findings on appeal. *See* 28 U.S.C. § 636(b)(1).


Copies to:

Christopher Orloski
1450 S MLK Jr Ave Apt 704
Clearwater, FL 33756