UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER ORLOSKI,

    Plaintiff,

v.                                          Case No: 8:18-cv-2809-T-36AAS

PINELLAS COUNTY HOUSING
AUTHORITY, PINELLAS COUNTY
SHERIFF'S OFFICE, MORTON PLANT
HOSPITAL, LARGO MEDICAL CENTER,
RICK SCOTT, RON DESANTIS and
SHADOW STATE GOVERNMENT
AGENCY,

    Defendants.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone on May 21, 2019 (Doc. 27). In the Report and Recommendation, Magistrate Judge Sansone recommends that Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 10) be denied and the complaint (Doc. 13) be dismissed. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 27) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)  Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 10) is DENIED.

(3)  Plaintiff's Amended Complaint (Doc. 13) is DISMISSED.

(4)  The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on June 5, 2019.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record